## AFFIDAVIT

The undersigned Deputy United States Marshal hereby makes oath before the Honorable Joyce London Alexander, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the United States Marshals Service, I am advised that there is presently a Warrant For Arrest of one **CHRISTOPHER REEKS** in the District of Maine in connection with a Motion To Revoke Bail and Request For A Warrant in violation of 18 United States Code, Section 3148, and Violation of Conditions of Pretrial Release in violation of 18 United States code Section 3606, and does hereby make oath that this Warrant is outstanding in said District as set forth in the attached copy of said Warrant.[1]

FRANCIS P. DAWSON, JR.
Deputy U.S. Marshal
United States Marshals Service

Subscribed and sworn to before me this 8th day of April, 2005.

JOYCE LONDON ALEXANDER
United States Magistrate Judge
District of Massachusetts

---

[1] Affiant reviewed the wording of the Arrest Warrant which identifies the substantive charge as "Violation of Conditions of Pretrial Release." Affiant participated in a phone conference with the U.S. Attorney's Office for the District of Maine and was informed that the Warrant refence to § 3606 is a typographical error, and the correct reference should be §3148.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

05m-218-JLA

UNITED STATES OF AMERICA

v.

CHRISTOPHER REEKS

WARRANT OF ARREST

CASE NUMBER: 04-82-B-W

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Christopher Reeks and bring him or her forthwith to the nearest magistrate to answer a Petition on Revocation of Pretrial Release charging him or her with:

Violation of Conditions of Pretrial Release in violation of Title 18 United States Code, Section 3148

Gail B. Creath
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Deputy-in-Charge
Title of Issuing Officer

4/7/05 at Bangor, ME
Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _____

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 04-82-B-W |
| ) | |
| CHRISTOPHER REEKS ) | |

MOTION TO REVOKE BAIL
AND REQUEST FOR A WARRANT

NOW COMES the United States of America, by and through Paula D. Silsby, United States Attorney for the District of Maine, and Nancy Torresen, Assistant United States Attorney, and respectfully moves this Honorable Court to revoke the bail for the above-named Defendant for the following reasons:

On 10/26/04, the above named defendant was released on a $5,000 unsecured bond and pretrial supervision with conditions. To date, the defendant has violated the following conditions of release.

On 11/04/04, the defendant provided a urine sample which tested positive for marijuana. The defendant was questioned by Senior USPO Maddox and reported that this was due to use prior to being placed on pretrial supervision. On 11/30/04, the defendant failed to report as required for urinalysis testing.

On 12/22/04, the defendant reported to the U.S. Probation Office as instructed by USPO Brian Eggert as his case had been transferred to this officer. USPO Eggert interviewed the defendant about his substance abuse and he admitted to having

# UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

537 CONGRESS STREET, SUITE 305
PORTLAND, MAINE 04101-4127
(207) 780-3358
FAX (207) 780-3784

CLAIRE E. COOPER
CHIEF PROBATION OFFICER

156 FEDERAL STREET, ROOM 300
PORTLAND, MAINE 04101
(207) 780-3052
FAX (207) 780-3055

202 HARLOW STREET, ROOM 209
BANGOR, MAINE 04401
(207) 945-0369
FAX (207) 945-0305

REPLY TO 202 HARLOW STREET



_Christopher Reeks_          _12/22/04_
Name of Defendant/Offender         Date

---

OFFENDER/DEFENDANT CERTIFICATION

This statement is provided of my own free will.

I admit that I used _Oxycotin / Percocet_ on or about _12/21/04_
            Name of Drug(s)                                  Date

_Methadone on or about 12/19/04_

☐ Offender/Defendant declined to admit any drug use.

_[signature]_          _12/22/04_
Signature of Offender/Defendant       Date

_[signature]_          _12/22/04_
Signature of U.S. Probation Officer    Date