| MAGISTRATE JUDGE CLERK NOTES ||
|---|---|
| Magistrate Judge: JLA | Date: 4/8/05 |
| Courtroom Clerk: Quinn | Tape Number: |
| Case: USA v. Christopher Reeks | Case Number: 05m-218-JLA |
| AUSA: Wild | Defense Counsel: None |
| PTSO/PO: John Reily | Interpreter: |

### TYPE OF HEARING

| | |
|---|---|
| [ ] **Initial Appearance**  [ ] Arrested on<br>[ ] Defendant Sworn   Warrant issued<br>[ ] Advised of Charges  On_____<br>[ ] Advised of Rights   [ ] Arrested on<br>[ ] Requests Counsel    Probable Cause<br>[ ] Will Retain Counsel  On_____<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance<br>[ ] Defendant Released on _____ with conditions<br>[ ] Defendant Consents to Voluntary Detention | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts _____<br>[X] **Removal Hearing/Rule 5**<br>[X] Defendant Waives Identity Hearing<br>[X] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement | [ ] **Bail Revocation Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [ ] **INITIAL STATUS CONFERENCE** | [ ] **FINAL STATUS CONFERENCE** |

**CONTINUED PROCEEDINGS**

_____ Hearing/Conference set for _____ at _____

**REMARKS**

- Rule 5 1st Appearance held; USMJ Alexander informs D of his Rule 5 rights; D waives ID; Court orders D Removed to Charging District of Maine

(N:\TOM\Docs\CrCtNoteMJ.wpd)