UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) MAGISTRATE'S NO. **05-mj-00218-JLA**
)
CHRISTOPHER REEKS )

<u>WARRANT OF REMOVAL</u>

JOYCE LONDON ALEXANDER
United States Magistrate Judge

    The above named defendant was arrested in this District on April 8, 2005, by the United States Marshals Service pursuant to Arrest Warrant issued in the United States District Court for the District of Maine (Bangor) charging violation of conditions of release.

    An initial appearance and identity hearing was held before me on April 8, 2005. The defendant was advised of his rights pursuant to Rule 40 and Rule 5(c)(3), Federal Rules of Criminal Procedure.

    The Court accepted the filing of a copy of the Arrest Warrant, and the defendant's oral acknowledgment of his identity as the named defendant in said Warrant.

    It is therefore ORDERED that the defendant be, and hereby is, REMOVED to the District of Maine, and the United States Marshal is directed to bring the defendant before the United States District Court for the District of Maine for further proceedings in this case forthwith.

4/15/05 [signature], M.J. allowed

It is further ORDERED that the defendant be detained pending his appearance in the United States District Court for the District of Maine.

The Clerk is directed to forward the original papers in this matter to the Clerk, United States District Court, Bangor, Maine.

/s/ Joyce London Alexander
JOYCE LONDON ALEXANDER
United States Magistrate Judge
District of Massachusetts

Dated: April 15, 2005